# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**LEON CRAWFORD & GERALD WHITE**
**d/b/a WHITE FARM**                                          **PLAINTIFFS**

**V.**                                                       **CIVIL ACTION NO.: 3:22-cv-91-NBB-JMV**

**KEITH ALLEN VANDIVER,**
**JESSICA MCQUEEN,**
**PICKENS MCQUEEN, & JOHN DOES 1-3**                              **DEFENDANTS**

## STAY ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion. . . ." L.U. Civ. R. 16(b)(1)(B) (emphasis added). Because the plaintiff has moved to remand this case to state court [4], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 15th day of June, 2022.

                                                 /s/ Jane M. Virden
                                                 **UNITED STATES MAGISTRATE JUDGE**