IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LEON CRAWFORD AND
GERALD WHITE D/B/A/ WHITE FARMS                                              PLAINTIFFS

V.                                                     CIVIL ACTION NO. 3:22-cv-91-NBB-JMV

KEITH ALLEN VANDIVER,
JESSICA McQUEEN, PICKENS McQUEEN,
AND JOHN DOES 1-3                                                            DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiffs' motion to remand is **GRANTED**. The plaintiffs' motion for remand related discovery is **DENIED** as moot. This case is hereby remanded to the Circuit Court of Quitman County, Mississippi, for all further proceedings.

This 30th day of March, 2023.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE